UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Gregory Calvin SMITH,<br><br>　　　　　　　Petitioner,<br><br>　　　v.<br><br>Robert L. AYERS Jr., Warden of San Quentin State Prison,<br><br>　　　　　　　Respondent. | Case Number 3-4-cv-3436-CRB<br><br><u>DEATH-PENALTY CASE</u><br><br>ORDER APPOINTING COUNSEL<br><br>[] |

Pursuant to Northern District of California Habeas Local Rule 2254-25 and the recommendation of the Court's Selection Board, and good cause appearing therefor, the Court hereby appoints Michael Snedeker, Esq., Snedeker, Smith & Short, PMB #422, 4110 SE Hawthorne Boulevard, Portland, OR 97214, telephone 503-234-3584, as lead counsel and Harold Rosenthal, Esq., 803 Hearst Avenue, Berkeley, CA 94710, telephone 510-981-1800, as second counsel to represent Petitioner Gregory Calvin Smith, effective December 1, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*It is so ordered.*

DATED:   November 14, 2008　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No. 3-4-cv-3436-CRB
ORDER APPOINTING COUNSEL
(DPSAGOK)