MICHAEL R. SNEDEKER, CSB# 62842
Snedeker, Smith & Short
PMB 422
4110 S.E. Hawthorne Blvd.
Portland, Oregon 97214
Telephone: (503) 234-3584
Fax: (503) 232-3215
e-mail: m.snedeker@comcast.net

HAROLD ROSENTHAL
803 Hearst Avenue
Berkeley, CA 94710
510-981-1800
Fax: (510) 981-1821
Email: leone@haroldrosenthal.com

Attorneys for Petitioner
GREGORY CALVIN SMITH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY CALVIN SMITH,<br><br>   Petitioner,<br><br>   v.<br><br>ROBERT AYERS, Warden,<br>San Quentin State Prison,<br><br>   Respondent.<br>_____ | NO. 3:04-cv-03436-CRB<br><br>**DEATH PENALTY CASE**<br><br>~~[PROPOSED]~~ ORDER GRANTING EQUITABLE TOLLING OF FILING DATE FOR PETITION FOR WRIT OF HABEAS CORPUS |

This court hereby orders that Petitioner GREGORY SMITH be granted a period of equitable tolling of the limitations period contained in 28 U.S.C. § 2244(d)(1), for 1565 days, to and including November 23, 2009, by which time petitioner shall file his petition for writ of habeas corpus in this Court.

Dated: __December 16, 2008_____                   _____
                                                      CHARLES R. BREYER
                                                      United States District Court Judge