# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Gregory Calvin SMITH, | Case Number 3-4-cv-3436-CRB |
| Petitioner, | <u>DEATH-PENALTY CASE</u> |
| v. | ORDER DIRECTING THE LODGING OF THE RECORD |
| Robert K. WONG, Acting Warden of San Quentin State Prison, | |
| Respondent. | [] |

Good cause appearing therefor, Respondent shall lodge the record as contemplated by Habeas Local Rule 2254-27 within thirty days after the present order is filed.

*It is so ordered.*

DATED: June 03, 2009

CHARLES R. BREYER
United States District Judge