1  MICHAEL R. SNEDEKER, CSB# 62842
   Snedeker, Smith & Short
2  Attorneys at Law
   PMB 422
3  4110 S.E. Hawthorne Blvd.
   Portland, Oregon  97214
4  Telephone:  (503) 234-3584
   Fax: (503) 232-3215
5  Email: m.snedeker@comcast.net

6  HAROLD ROSENTHAL, CSB# 68380
   Attorney at Law
7  803 Hearst Avenue
   Berkeley, CA 94710
8  Telephone: (510) 981-1800
   Fax: (510) 981-1821
9  Email: harold@haroldrosenthal.com

10 Attorneys for Petitioner
   GREGORY CALVIN SMITH

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY CALVIN SMITH,<br><br>   Petitioner,<br><br>   v.<br><br>ROBERT AYERS, Warden,<br>San Quentin State Prison,<br><br>   Respondent.<br>_____ | NO. 3:04-CV-03436-CRB<br><br><u>DEATH PENALTY CASE</u><br><br>STIPULATED CONTINUANCE |

STIPULATION

The parties, by and through their attorneys of record, hereby stipulate:

*Stipulated Continuance*
*No. 3:04-CV-03436-CRB*                      1

1. The petition filed on behalf of Gregory Calvin Smith does not comply with Local Rule 2254-28(b)(4).

2. Counsel for petitioner will review the petition, identify where in the record each claim was exhausted in state court, if the claim was exhausted, and make appropriate revisions to the petition.

3. Counsel will complete and file the revised petition by January 20, 2010. At that time, the presumptive schedule contemplated by Local Rule 2254-29 will start to run.

Dated: _____

/s/ Michael Snedeker
_____
MICHAEL R. SNEDEKER
Attorney for Petitioner

Dated: _____

/s/ Harold Rosenthal
_____
HAROLD ROSENTHAL
Attorney for Petitioner

Dated: _____

/s/ Lisa Ashley Ott
_____
LISA ASHLEY OTT
Attorney for Respondent

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: \_\_December 16, 2009_____

_____
HONORABLE CHARLES R. BREYER
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Stipulated Continuance*
*No. 3:04-CV-03436-CRB*                    2