1  MICHAEL R. SNEDEKER, CSB# 62842
   Snedeker, Smith & Short
2  Attorneys at Law
   PMB 422
3  4110 S.E. Hawthorne Blvd.
   Portland, Oregon 97214
4  Telephone: (503) 234-3584
   Fax: (503) 232-3215
5  Email: m.snedeker@comcast.net

6  HAROLD ROSENTHAL, CSB# 68380
   Attorney at Law
7  803 Hearst Avenue
   Berkeley, CA 94710
8  Telephone: (510) 981-1800
   Fax: (510) 981-1821
9  Email: harold@haroldrosenthal.com

10 Attorneys for Petitioner
   GREGORY CALVIN SMITH

11

12                     **UNITED STATES DISTRICT COURT**

13                  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

14                            **SAN FRANCISCO DIVISION**

15

16                                              )   NO. 3:04-CV-03436-CRB
                                                )
17  GREGORY CALVIN SMITH,                       )   <u>DEATH PENALTY CASE</u>
                                                )
18              Petitioner,                     )
                                                )   STIPULATED BRIEFING SCHEDULE
19       v.                                     )
                                                )
20  VINCE CULLEN, Warden,                       )
    San Quentin State Prison,                   )
21                                              )
                Respondent.                     )
22                                              )
                                                )
23  _____             )

24

25

26

27

    *Stipulated Briefing Schedule*
28  *No. 3:04-CV-03436-CRB*              1

1

2  The parties, by and through their attorneys of record, hereby stipulate:

3      1.    Petitioner will file his reply to Respondent's motion to dismiss for failure to

4  exhaust by March 31, 2010.

5      2.    Respondent will file a reply to Petitioner's response by April 30, 2010.

6      3.    The parties agree that the Court can decide the matter on the papers, unless

7  it desires to hear argument, in which case it will order a hearing.

8

9

10  Dated: _____

/s/ Michael Snedeker
_____
MICHAEL R. SNEDEKER
Attorney for Petitioner

11

12

13  Dated: _____

/s/ Harold Rosenthal
_____
HAROLD ROSENTHAL
Attorney for Petitioner

14

15

16  Dated: _____

/s/ Lisa Ashley Ott
_____
LISA ASHLEY OTT
Attorney for Respondent

17

18

19  PURSUANT TO STIPULATION, IT IS SO ORDERED.

20

21

22

23  Dated: March 23, 2010

_____
HONORABLE CHARLES R. BREYER
United States District [Judge]

24

25

26

27

28  *Stipulated Briefing Schedule*
*No. 3:04-CV-03436-CRB*    2

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]