# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Gregory Calvin SMITH, <br><br> Petitioner, <br><br> v. <br><br> Michael MARTEL, Acting Warden of San Quentin State Prison, <br><br> Respondent. | Case Number 3-4-cv-3436-CRB <br><br> DEATH-PENALTY CASE <br><br> ORDER REGARDING RESPONDENT'S REQUEST FOR CASE MANAGEMENT CONFERENCE <br><br> [Doc. No. 51] |

Pursuant to Habeas Local Rule 2254-29(d), Respondent has filed a Request for Case Management Conference, (Doc. No. 51), concurrently with his Answer to Petition for Writ of Habeas Corpus, (Doc. No. 50). Good cause appearing therefor, the parties shall file a joint statement as set forth in Habeas Local Rule 2254-29(e) by January 6, 2012. The Court will defer scheduling a case-management conference until after Petitioner has filed his traverse.

*It is so ordered.*

DATED: December 7, 2011

CHARLES R. BREYER
United States District Judge

Case No. 3-4-cv-3436-CRB
ORDER REGARDING RESPONDENT'S REQUEST FOR CASE MANAGEMENT CONFERENCE
(DPSAGOK)