UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Gregory Calvin SMITH,<br><br>    Petitioner,<br><br> v.<br><br>Michael MARTEL, Acting Warden of San Quentin State Prison,<br><br>    Respondent. | Case Number 3-4-cv-3436-CRB<br><br>DEATH-PENALTY CASE<br><br>ORDER REGARDING RESPONDENT'S REQUEST FOR CASE MANAGEMENT CONFERENCE<br><br>[Doc. No. 51] |

  Pursuant to Habeas Local Rule 2254-29(d), Respondent has filed a Request for Case Management Conference, (Doc. No. 51), concurrently with his Answer to Petition for Writ of Habeas Corpus, (Doc. No. 50). Good cause appearing therefor, the parties shall file a joint statement as set forth in Habeas Local Rule 2254-29(e) by January 6, 2012. The Court will defer scheduling a case-management conference until after Petitioner has filed his traverse.

                           It is so ordered.

DATED: December 7, 2011

                           CHARLES R. BREYER
                           United States District Judge