UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Gregory Calvin SMITH,<br><br>    Petitioner,<br><br>v.<br><br>Michael MARTEL, Acting Warden of San Quentin State Prison,<br><br>    Respondent. | Case No.: 3:04-3436 CRB<br><br>DEATH-PENALTY CASE<br><br>ORDER APPOINTING COUNSEL |

Having reviewed and considered the recommendation of the Court's capital habeas Selection Board, the Court hereby appoints Frank Bell, Esq. to represent Petitioner Gregory Calvin Smith. Mr. Bell is replacing Harold Rosenthal, Esq. and will be compensated at the same hourly rate as Mr. Snedeker.

*It is so ordered.*

DATED: December 19, 2011

CHARLES R. BREYER
United States District Judge

Case No. 3:04-3436 CRB
ORDER APPOINTING COUNSEL