UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Gregory Calvin SMITH,<br><br>  Petitioner,<br><br>  v.<br><br>Kevin CHAPPELL,<br>Acting Warden of San Quentin State Prison,<br><br>  Respondent. | No. 3-4-cv-3436-JSW<br><br>DEATH-PENALTY ACTION<br><br>ORDER GRANTING APPLICATION FOR ENLARGEMENT OF TIME TO FILE TRAVERSE<br><br>[Doc. No. 63] |

Petitioner requests an enlargement of time in which to file his traverse. (Doc. No. 63.) Respondent does not oppose this request. Good cause appearing therefor, the request is granted. Petitioner shall file his traverse on or before February 15, 2013.

*It is so ordered.*

DATED: January 11, 2013

  _____
  JEFFREY S. WHITE
  United States District Judge