1
2
3
4
5
6
7
8        **UNITED STATES DISTRICT COURT**
9        **NORTHERN DISTRICT OF CALIFORNIA**
10       **SAN FRANCISCO DIVISION**
11

| | |
|---|---|
| Gregory Calvin SMITH, | No. 3-4-cv-3436-JSW |
| Petitioner, | DEATH-PENALTY ACTION |
| v. | ORDER DIRECTING FILING OF JOINT STATEMENT |
| Kevin CHAPPELL, Acting Warden of San Quentin State Prison, | |
| Respondent. | |

Petitioner has filed his traverse.  (Doc. No. 65.)  Within thirty days from the filing of the present order, the parties shall file a joint statement as set forth in Habeas Local Rule 2254-29(e). Unless otherwise ordered, the Court then will set a schedule as set forth in Habeas Local Rule 2254-29(g) without holding a case-management conference.

*It is so ordered.*

DATED:  April 2, 2013

_____
JEFFREY S. WHITE
United States District Judge