**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Gregory Calvin SMITH,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>Kevin CHAPPELL,<br>　Acting Warden of San Quentin State Prison,<br><br>　　　　　　Respondent. | No. 3-4-cv-3436-JSW<br><br>DEATH-PENALTY ACTION<br><br>ORDER DIRECTING FILING OF JOINT STATEMENT |

　　　Petitioner has filed his traverse. (Doc. No. 65.) Within thirty days from the filing of the present order, the parties shall file a joint statement as set forth in Habeas Local Rule 2254-29(e). Unless otherwise ordered, the Court then will set a schedule as set forth in Habeas Local Rule 2254-29(g) without holding a case-management conference.

*It is so ordered.*

DATED: April 2, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

No. 3-4-cv-3436-JSW
ORDER DIRECTING FILING OF JOINT STATEMENT
(DPSAGOK)