# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Gregory Calvin SMITH, | No. 3-4-cv-3436-JSW |
| Petitioner, | <u>DEATH-PENALTY ACTION</u> |
| v. | ORDER REGARDING PETITIONER'S MOTION TO STAY |
| Kevin CHAPPELL,<br>Warden of San Quentin State Prison, | |
| Respondent. | |

In their Joint Statement Regarding Case Management, the parties jointly propose a briefing schedule for Petitioner's motion to stay. (Doc. No. 67 at 2.) Good cause appearing therefor, the Court adopts the parties' proposed schedule as follows. Petitioner shall file his motion by June 17, 2013; Respondent shall file his opposition by August 1, 2013; and Petitioner shall file his reply, if any, by September 9, 2013. Unless otherwise ordered, the Court will take the motion under submission on September 9, 2013, without oral argument.

*It is so ordered.*

DATED: May 10, 2013

_____
JEFFREY S. WHITE
United States District Judge

No. 3-4-cv-3436-JSW
ORDER REGARDING PETITIONER'S MOTION TO STAY
(DPSAGOK)