IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY CALVIN SMITH,<br><br>       Petitioner,<br><br>v.<br><br>RON DAVIS, Acting Warden of California State Prison at San Quentin<br><br>       Respondent. | No. C 04-3436 JSW<br><br>**CASE MANAGEMENT ORDER**<br><br><u>**DEATH PENALTY CASE**</u> |

       The Court has reviewed the parties' Joint Statement Regarding Briefing Of Record-Based Claims and adopts, with some alteration, the course of litigation proposed by petitioner. The Court directs the parties to brief the merits of petitioner's forty-three record-based claims. In the interest of efficiency and in order to avoid oversize briefs however, the parties shall divide the claims into three groups (by grouping together, for example, claims that have the same factual predicates), and shall file three rounds of briefing, with each brief addressing no more than fifteen claims.

       Accordingly, by April 15, 2015, petitioner shall file his opening brief. Within 60 days of the date of service of petitioner's brief, respondent shall file a response. Within 30 days of the date of service of respondent's brief, petitioner shall file a reply. The Court directs the parties to observe a 25-page limit for their briefs. Due-dates for subsequent briefs shall be set by the Court in a

//

//

subsequent Order.

**IT IS SO ORDERED.**

DATED: January 12, 2015

JEFFREY S. WHITE
United States District Judge