MICHAEL R. SNEDEKER, CA Bar No. 62842
LISA R. SHORT, CA Bar No. 88757
Snedeker, Smith & Short
PMB 422, 4110 S.E. Hawthorne Blvd.
Portland, Oregon 97214
Telephone: (503) 234-3584
Fax: (503) 232-3215
Email: m.snedeker@comcast.net
liselshort@comcast.net

Attorneys for Petitioner
GREGORY CALVIN SMITH

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY CALVIN SMITH,<br><br>　　　　　Petitioner,<br>v.<br><br>RON DAVIS, Warden,<br>San Quentin State Prison,<br><br>　　　　　Respondent. | No. 4:04-CV-03436-JSW<br><br>STIPULATED DISMISSAL |

## STIPULATION

　　　The parties, by and through their attorneys of record, hereby stipulate:

　　　Petitioner hereby withdraws his petition and asks that it be dismissed. Respondent has no objection to the dismissal of this petition.

Dated: _____

/s/ Michael Snedeker
_____
MICHAEL R. SNEDEKER
Attorney for Petitioner

Dated: _____

/s/ Lisa R. Short
_____
LISA R. SHORT
Attorney for Petitioner

Dated: _____

/s/ Lisa Ashley Ott
_____
LISA ASHLEY OTT
Attorney for Respondent

PURSUANT TO STIPULATION, THE PETITION IS HEREBY WITHDRAWN AND DISMISSED.

Dated: March 12, 2025

_____
HONORABLE JEFFREY S. WHITE
United States District Court Judge